# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GLEN HUNSBERGER, *et al.*,

    Defendants.

2:14-cr-00328-KJD-NJK

**ORDER**

   Before the court is Defendant Glen Hunsberger's Emergency Unopposed Motion to Modify Conditions of Pretrial Release. (#43).

   Defendant Hunsberger seeks modification of his pretrial release to visit his parents in Colorado during the Thanksgiving holiday, from November 26, 2014 to November 30, 2014. *Id.* Defendant Hunsberger is currently released on a personal recognizance bond with conditions. The conditions include restricted travels in Nevada and California only. (#10).

   The court has confirmed that the Government and Pretrial Services do not oppose the modification to his current pretrial release.

   Accordingly,

   IT IS HEREBY ORDERED that Defendant Glen Hunsberger's Emergency Unopposed Motion to Modify Conditions of Pretrial Release (#43) is GRANTED.

   Dated this 7th day of November, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE