UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:14-cr-00328-KJD-NJK |
| ) | |
| vs. ) | |
| ) | |
| GLEN HUNSBERGER, et al., ) | **O R D E R** |
| ) | |
| Defendants. ) | |

Pending before the Court is Defendant Jennifer Peskett's Motion to Suppress Evidence. Docket No. 61. A response shall be filed no later than April 13, 2015, and any reply shall be filed no later than April 16, 2015. The Court hereby SETS an evidentiary hearing on this motion, for April 21, 2015, at 1:30 p.m. in Courtroom 3A, at the same time as the hearing on Defendant Manuelle Alkeine's motion to suppress evidence. Docket No. 57.

Additionally, Defendant Glen Hunsberger filed motions for joinder to both motions to suppress evidence. Docket Nos. 62, 63. The Court hereby GRANTS both motions for joinder.

IT IS SO ORDERED.

DATED: April 6, 2015.

NANCY J. KOPPE
United States Magistrate Judge