# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, ) | |
| Plaintiff(s), ) | Case No. 2:14-cr-0328-KJD-NJK |
| vs. ) | ORDER |
| GLEN HUNSBERGER, et al., ) | (Docket No. 65) |
| Defendant(s). ) | |

Pending before the Court is Defendant Manuelle Alkeine's motion to continue the hearing set for April 21, 2015 on his motion to suppress. Docket No. 65; *see also* Docket No. 57 (motion to suppress). The Court also has a hearing set for the same time on Defendant Jennifer Peskett's motion to suppress. Docket No. 61. The motion to continue is GRANTED and the Court hereby VACATES the hearing on both of the above motions. The Court ORDERS the parties to file, no later than April 10, 2015, a stipulation with three dates on which all required participants are available for a hearing on the above motions to suppress.

IT IS SO ORDERED.

DATED: April 7, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge