# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>GLEN HUNSBERGER, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cr-00328-KJD-NJK<br><br>ORDER<br><br>(Docket No. 111) |

Pending before the Court is a motion to quash grand jury subpoenas filed by Defendant Manuelle Alkeine. Docket No. 111. Pursuant to the Court's order, the parties have now filed a joint statement acknowledging that such motion should be sealed and that the instant dispute should be raised through the filing of a separate miscellaneous action rather than in this case. Docket No. 113. Accordingly, the Court hereby **SEALS** and **STRIKES** the motion to quash at Docket No. 111.[1]

IT IS SO ORDERED.

DATED: November 5, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court expresses no opinion as to the merits of the motion to quash.