**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff(s), ) | Case No. 2:14-cr-00328-KJD-NJK |
| ) | **ORDER** |
| v. ) | |
| GLEN HUNSBERGER, ) | |
| Defendant(s). ) | |

    Pending before the Court is Defendant Glen Hunsberger's motion to convert his attorney to a CJA-appointed counsel. Docket No. 116. That motion was filed on an *ex parte* basis and does not need to be served on the Government at this time. Nonetheless, the Court SETS the motion for a hearing at 4:00 p.m. on December 29, 2015, in Courtroom 3B.

    IT IS SO ORDERED.

    DATED: December 22, 2015

_____
Nancy J. Koppe
United States Magistrate Judge