**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00328-KJD-NJK |
| vs. | ) | ORDER |
| GLEN HUNSBERGER, et al., | ) | (Docket No. 152) |
| Defendants. | ) | |

On March 4, 2016, Defendant Glen Hunsberger filed a motion to extend the deadline by 30 days, to April 4, 2016.  Docket No. 152.  The United States does not object to this request.  Docket No. 154.

Accordingly, the Court **GRANTS** Defendant's motion.  Docket No. 152.  The parties shall file any and all pre-trial motions in the instant case on or before April 4, 2016.

IT IS SO ORDERED.

DATED: March 7, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge