1
2
3
4
5
6
7
8
9
10
11
12
13
14

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:14-cr-00328-KJD-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GLEN HUNSBERGER, et al., | ) | (Docket Nos. 182, 183, 184) |
| | ) | |
| Defendants. | ) | |
| | ) | |

15    Pending before the Court are three motions for joinder to Defendant Glen Hunsberger's motion

16  to suppress evidence, filed by Defendants Jason Monteiro, Anthony Navarro, and Jennifer Peskett.  Docket

17  Nos. 182, 183, 184.

18    The Court hereby **GRANTS** Defendants' motions for joinder.  Docket Nos. 182, 183, 184.

19    IT IS SO ORDERED.

20    DATED: August 29, 2016.

21
22
23    NANCY J. KOPPE
      United States Magistrate Judge
24
25
26
27
28