1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9

10
UNITED STATES OF AMERICA,

11
              Plaintiff,

12
vs.

13
GLEN HUNSBERGER, et al.,

14
            Defendants.

)
)
)
)
)
)
)
)
)

Case No. 2:14-cr-00328-KJD-NJK

ORDER

(Docket Nos. 189, 190)

15
16
17
      Pending before the Court are two motions for joinder to Defendant Glen Hunsberger's reply to the United States' response to his motion to suppress evidence, filed by Defendants Anthony Navarro and Jason Monteiro.  Docket Nos. 189, 190.

18
      The Court hereby **GRANTS** Defendants' motions for joinder.  Docket Nos. 189, 190.

19
      IT IS SO ORDERED.

20
      DATED: September 16, 2016.

21
22
23
NANCY J. KOPPE
United States Magistrate Judge

24
25
26
27
28