1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9

UNITED STATES OF AMERICA,                )
10
                    Plaintiff,                )          Case No. 2:14-cr-00328-KJD-NJK
11                                               )
vs.                                               )          ORDER
12                                               )
GLEN HUNSBERGER, et al.,                )          (Docket No. 192)
13                                               )
                    Defendants.                )
14 _____)

15          Pending before the Court is Defendant Jennifer Peskett's motion for joinder to Defendant Glen

16  Hunsberger's reply to the United States' response to his motion to suppress evidence.  Docket No. 192.

17          The Court hereby **GRANTS** Defendant's motion for joinder.  Docket No. 192.

18          IT IS SO ORDERED.

19          DATED: September 19, 2016.

20

21                                                        _____
                                                        NANCY J. KOPPE
22                                                        United States Magistrate Judge

23

24

25

26

27

28