1  KATHLEEN BLISS, ESQ.
   Nevada Bar No. 7606
2  kb@kathleenblisslaw.com
   JASON HICKS, ESQ.
3  Nevada Bar No. 13149
   jh@kathleenblisslaw.com
4  KATHLEEN BLISS LAW PLLC
   1070 W. Horizon Ridge Pkwy., Suite 202
5  Henderson, NV 89012

6  *Attorneys for Glen Hunsberger*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> vs. <br><br> GLEN HUNSBERGER <br> Defendant. | CASE NO.: 2:14-328-KJD-NJK <br><br> **ORDER TO CONTINUE SENTENCING HEARING** |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Glen Hunsberger's sentencing hearing currently scheduled for May 2, 2018, be, and the same hereby is, VACATED and continued to  Tuesday, June 19, 2018   at the hour of  9:00 a.m.  .

DATED this  21   day of  March           , 2018.

_____
The Honorable Kent Dawson
United States District Judge